UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| TARSHA LASHAWN GRIMES ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:18-CV-351-FL |
| ANDREW SAUL, Commissioner of ) | |
| Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 26, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $2,700.00.

**This Judgment Filed and Entered on August 26, 2019, and Copies To:**
Jonthan Howell Winstead  (via CM/ECF Notice of Electronic Filing)
Cassia Parson / Amanda Gilman  (via CM/ECF Notice of Electronic Filing)

August 26, 2019                PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk